**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUZ CRESPO,

               Plaintiff,                    22 **CIVIL** 0954 (SLC)

       -v-                                  **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2024, Ms. Crespo's Motion is DENIED and the Commissioner's Motion is GRANTED. Judgment is entered in favor of the Commissioner, and the case is closed.

**Dated:** New York, New York

      March 26, 2024

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

                       **BY:**   _____
                                             **Deputy Clerk**